**Entered on Docket**
**November 11, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Wells Fargo Bank, N.A.
09-76580

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-27390-lbr |
| Darren Alan Edwards | Date: 10/28/09<br>Time: 10:00am |
| | Chapter 7 |
| Debtor. | |

**ORDER VACATING AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2  above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3  Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject

4  property, generally described as 1317 Sun Point Drive, Las Vegas, NV 89108.

5

6  IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

7  give Debtors and Trustee at least five business days' notice of the time, place and date of sale.

8  DATED this _____ day of _____ 2009

9

10 Submitted by:
   WILDE & ASSOCIATES
11

12 By _____#10235_____
   GREGORY L. WILDE, ESQ.
13 Attorney for Secured Creditor
   208 South Jones Boulevard
14 Las Vegas, Nevada 89107

15
   APPROVED / DISAPPROVED
16

17 _____
   Robert K. Winn
18 4011 Meadows Ln. #102
   Las Vegas, NV 89107
19 Attorney for Debtor(s)

20
   APPROVED / DISAPPROVED
21

22 _____
   Yvette Weinstein
23 6450 Spring Mtn. Rd. #14
   Las Vegas, NV 89146
24 Chapter 7 Trustee

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:
In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
  _X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)
Debtor's counsel:

\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    _X_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    _X_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order        \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor